# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BENJAMIN ELLINGTON, : | | |
| Petitioner | : | CIVIL NO. 3:17-CV-0518 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| MICHAEL OVERMYER, ET AL., | : | (Magistrate Judge Mehalchick) |
| Respondents | : | |

## ORDER

**NOW**, **THIS 24TH DAY OF OCTOBER, 2017,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 38), is **ADOPTED**;

2. Plaintiff's motion for extension of time to file objections, (Doc. 39), is **DENIED AS UNTIMELY** as it was filed past the six (6) day additional time given to a prisoner per the mailbox rule;

3. The petition for writ of habeas corpus, (Doc. 1), is **DENIED** and **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon  
**United States District Judge**